**Entered on Docket**
**December 10, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

BARRY LEVINSON & ASSOCIATES                                    E-FILED: 12/6/10
BARRY LEVINSON, ESQ.
Nevada Bar No.: 006721
JEREMY MONDEJAR, ESQ.
Nevada Bar No.: 11213
2810 S. Rainbow Blvd.
Las Vegas, Nevada 89146
(702) 836-9696
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | ) Case No. BKS-10-21401-LBR |
| | ) Chapter 13 |
| **RENE VALENCIA** | ) |
| Debtor(s). | ) |
| | ) Hearing Date:  11/18/10 |
| | ) Hearing Time:  3:00 pm |
| | ) |
| | ) |
| | ) |
| _____ | ) |

**ORDER FOR CRAMDOWN**

This matter having come on regularly for hearing on Debtors' Motion to

Value Collateral, "Strip Off", "Cramdown" and Modify Wells Fargo Home Mortgage

as against Debtors' rental property; good cause appearing therefore,

1.        IT IS HEREBY ORDERED that the security interest of Wells Fargo Home

Mortgage in the rental property commonly known as 6408 N. 67th Dr., Glendale,

AZ 85303, legally described as:

ROMERO ESTATES Lot 52 UNIT 2 MCR 582-25

1   APN 144-04-347, (hereinafter the "Property").

2   2.   Shall be avoided under 11 U.S.C. Sec 506(d) and set aside and that the

3   claim of such creditor(s) in these bankruptcy proceedings shall be treated as

4   unsecured.

5   IT IS FURTHER ORDERED that certain Deed of Trust recorded in the

6   Office of the Clark County Recorder office, conditioned upon Debtors completing

7   the above-referenced bankruptcy proceeding and obtaining a Chapter 13

8

9   discharge, be removed and expunged from the county records and shall thereafter

10   no longer constitute a lien or encumbrance upon the aforesaid real property.

11   IT IS FURTHER ORDERED that this Order shall not be recorded with the

12   Office of County Recorder until such time as the Debtors have received his

13

14   Chapter 13 Discharge in this matter.

15   IT IS FURTHER ORDERED that nothing contained herein shall alter the

16   rights of the secured creditor upon dismissal or conversion.

17   IT IS FURTHER ORDERED that in the event the aforesaid property should

18

19   be sold at a foreclosure trustee sale, the lawful beneficiary of the aforesaid Deed

20   of Trust shall be entitled to receive any surplus proceeds in accordance with state

21   law.

22   Dated: 12/7/10

23   Submitted by:

24   _/S/ JEREMY MONDEJAR_

25

26   JEREMY MONDEJAR, ESQ.
    Attorney for Debtor

27

28

1   Approved as to form and content

2

3   _____

4   Kathleen Leavitt,
    Chapter 13 Trustee

5   **FAILED TO RESPOND**

6   Wells Fargo Home Mortgage, C/O REGISTERED AGENT, **FAILED TO**
    **RESPOND**

7

8   ### ADMINISTRATIVE ORDER NO. <u>2010-01</u>

9       LR 9021(c) is hereby amended to read as follows:

10          1)  Documents listed in subsection (a) above must be submitted to the court
                with the following certification from the submitting counsel:

11

12  In accordance with Local Rule 9021, counsel submitting this document certifies as
    follows:

13              ___ The Court waived the requirements of LR 9021(b)(1).
                ___ No party appeared at the hearing or filed an objection to the motion.

14              ____ I have delivered a copy of this proposed order to all counsel who
                appeared at the hearing, any unrepresented parties who appeared at

15              the hearing, and each has approved or disapproved the order, or failed
                to respond, as indicated below

16              [list each party and whether the party has approved, disapproved, or

17              failed to respond to the document]:

18              _x__ I certify that this is a case under Chapter 7 or Chapter 13, that I
            have served a copy of this order with the motion pursuant to LR 9014(g), and

19          that no parties has objected to the form or content of the order.

20

21                                      ###

22

23

24

25

26

27

28